IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
|---|---|---|
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violations:   18 U.S.C. §§ 2252(a)(2), |
| | ) | 2252(b)(1) and 2253(a) |
| DAVID JOHN RUSH | ) | |

**Receipt of Materials Involving the Sexual Exploitation of Minors**

The Grand Jury Charges:

From in or about January 2011 until about August 2011, in the District of North

Dakota, and elsewhere,

DAVID JOHN RUSH

knowingly received visual depictions using a computer and the internet as a means and

facilities of interstate and foreign commerce, the production of which visual depictions

involved the use of minors engaging in sexually explicit conduct and which depictions

were of such conduct;

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of violating Title 18, United States Code, Section 2252, as

charged in this Indictment,

DAVID JOHN RUSH

shall forfeit to the United States any and all matter which contains visual depictions

produced, transported, shipped, and received in violation thereof and any and all property

used and intended to be used in any manner and part to commit and to promote the

commission of such violations, including, but not limited to, the following:

- One Toshiba brand laptop computer, serial number X9358759Q.

By virtue of commission of one or more of the felony offenses as charged in this

Indictment, all right, title, and interest in the above-described property is vested in the

United States and is hereby forfeited to the United States, pursuant to Title 18, United

States Code, Section 2253(a).

A TRUE BILL:


/s/ Grand Jury Foreperson
Foreperson



/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

GLD:aap