Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

United States of America

v.

David John Rush

)
)
)
)
)
)

Case No.   4:12-cr-044

RECEIVED
UNITED STATES MARSHALS
2012 MAR 22  P 1:28
DISTRICT OF NORTH DAKOTA

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    David John Rush                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Materials Involving the Sexual Exploitation of Minors
Forfeiture Allegation

Date:  03/20/2012

/s/ Kari M. Knudson

*Issuing officer's signature*

City and state:   Bismarck, ND

Kari M. Knudson, Chief Deputy Clerk

*Printed name and title*

---

### Return

This warrant was received on *(date)*  03/22/2012 , and the person was arrested on *(date)*  04/02/2012
at *(city and state)*  WILLISTON, ND  .

Date:  4/2/12

Latham Boll For ICE

*Arresting officer's signature*

LAURA BOLL, OPERATIONS SUPPORT

*Printed name and title*  SPECIALIST